UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN DESHAWN KELLY,<br><br>    Defendant and Judgment Debtor.<br><br>ARYZTA/OTIS SPUNKMEYER, INC.,<br><br>    Garnishee. | No. 2:15-MC-00078-TLN-AC<br><br>CRIMINAL CASE NO.: 2:98-CR-00316-LKK<br><br><u>ORDER OF GARNISHMENT (WAGES)</u> |

    A Writ of Garnishment (Wages), directed to the Garnishee Aryzta/Otis Spunkmeyer, Inc. ("Spunkmeyer ") has been duly issued and served upon the Garnishee. The balance owing by the Judgement Debtor on the judgment is $161,913.87, as shown in the Application for Writ of Garnishment (Wages) filed herein.

    To collect the unpaid restitution, the United States filed an Application for Writ of Continuing Garnishment on July 7, 2015, against the Defendant's non-exempt earnings from his employer, garnishee Spunkmeyer. ECF No. 1. The Clerk issued a Writ of Continuing Garnishment on July 9, 2015. ECF No. 4. The United States served Spunkmeyer with the writ

and its attachments the same day.  ECF No. 3.

On July 10, 2015, Spunkmeyer served its Acknowledgement of Service and Answer of Garnishee ("the Answer") on the Defendant and the United States.  The Answer identifies the Defendant as a wage earning employee with non-exempt disposable earnings.  The Defendant had 20 days from the date Spunkmeyer served its Answer to request a hearing objecting to the Answer.  28 U.S.C. § 3205(c)(5).  Defendant has not objected to the Answer nor requested a hearing thereon, and the time for doing so has lapsed.  On August 17, 2015, the Answer was filed with the Clerk's office.

In accordance with 28 U.S.C. 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgement Debtor's property.

Accordingly, THE COURT HEREBY ORDERS that:

1. Garnishee, Spunkmeyer, its successors, transferees and assigns, pay at least monthly, to the Clerk of the United States District Court, twenty-five percent (25%) of Defendant's disposable wages, earnings and compensation until: the restitution order and charges sought by the United States' writ of garnishment are paid in full; further order of this Court; or garnishee Spunkmeyer no longer has custody, possession or control of any property belonging to Defendant.  Spunkmeyer shall also provide the United States with written notice if the amount or form of compensation to Defendant changes while this order is in effect or if Spunkmeyer no longer has custody, possession or control of Defendant's property.

2. All amounts previously withheld by Spunkmeyer pursuant to the writ of garnishment shall be paid to the Clerk of Court within fifteen (15) days of the date this order is filed.  Spunkmeyer shall also provide the United States a written accounting, by pay period, of the amounts withheld from Defendant's wages during the period from service of the writ to entry of this final order.

3. All payments shall be made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Spunkmeyer shall also state the docket number (Case No.: 2:98-

CR-00316-LKK) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED

DATED: September 16, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE